UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| KRISHNA MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 03-1193 (RJL) |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Upon consideration of the submissions by parties, oral argument, and the entire record herein, it is this 19th day of March, 2007, hereby

**ORDERED** that judgment be entered in favor of the plaintiff in the amount of $27,022.90, and it is further

**ORDERED** that the Plaintiff's Motion for Reconsideration [# 47] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

5

