UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KRISHNA MUIR, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 03-1193 (RJL) |
| NAVY FEDERAL CREDIT UNION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 29th day of September, 2010, it is hereby

**ORDERED** that the Motion for Summary Judgment by defendant Dearing [#88] is **GRANTED**; and it is further

**ORDERED** that final judgment be entered for the defendant Dearing on all counts.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge